**Appeal Dismissed and Memorandum Opinion filed April 25, 2019.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-18-00963-CV

---

### ANTON  GORDON, Appellant

### V.

### BAKER HUGHES OILFIELD OPERATIONS, INC., Appellee

---

**On Appeal from the 129th District Court
Harris County, Texas
Trial Court Cause No. 2016-48733**

---

### MEMORANDUM  OPINION

This is an appeal from a judgment signed September 24, 2018. The clerk's record was filed November 28, 2018. There is no reporter's record. No brief was filed.

On March 7, 2019, this court issued an order stating that unless appellant filed a brief on or before April 5, 2019, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel Consists of Justices Wise, Zimmerer, and Spain.